# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

ULISES RAMIREZ CRUZ,

       Petitioner,

  v.

KEVIN J. SCHNEIDER, Polk County Sheriff;
PETER BERG, Director, U.S. Immigration
and Customs Enforcement St. Paul Field
Office; TODD M. LYONS, Acting Director,
U.S. Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
of Homeland Security; PAMELA BONDI,
Attorney General of the U.S.; DONALD J.
TRUMP, President of the U.S.,

       Respondents,

**CIVIL NUMBER: 4:25-cv-00478-SHL-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Petitioner's Motion for Preliminary Injunction was granted in part and denied in part. Judgment is entered in favor of Petitioner and against Respondents.

Dated this 5th day of February, 2026.

CLERK, U.S. DISTRICT COURT

/s/  M. Mast

By: Deputy Clerk